UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

JONATHAN LEE RICHES,
et al.,

    Plaintiff,

v.                                            No.: 3:10-cv-249

FRANK RICCI, et al.,

    Defendants.

## O R D E R

This is a motion for a preliminary injunction and temporary restraining order filed by a *pro se* prisoner. Plaintiff did not tender the filing fee nor did he file an application to proceed *in forma pauperis*. The court noted that, while incarcerated, plaintiff has had at least three prior civil rights actions dismissed as frivolous or for failure to state a claim for relief, and thus is not entitled to proceed *in forma pauperis* pursuant to the three-strikes rule. Plaintiff was given 30 days within which to pay the filing fee and he has failed to do so. Accordingly, it is **ORDERED** that plaintiff's complaint be **FILED** for the purpose of making a record and for statistical purposes only, and it is **DISMISSED WITHOUT PREJUDICE**.

    **ENTER:**

                                                         s/ Thomas W. Phillips
                                                    United States District Judge