UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE


JONATHAN LEE RICHES,

    Plaintiff,

v.                                                                No.: 3:10-cv-249

FRANK RICCI, et al.,

    Defendants.


## DEFICIENCY ORDER

This motion for a preliminary injunction and temporary restraining order was filed by *pro se* prisoner Jonathan Lee Riches ("Riches") and dismissed pursuant to the three-strikes rule. Riches has now filed a notice of appeal but has not paid the $455.00 filing fee for an appeal. As noted, Riches is subject to the three-strikes rule and cannot pursue his appeal *in forma pauperis*.

Mr. Riches shall have thirty (30) days from the date of this Order to pay the full appeal fee. The Clerk is **DIRECTED** to send a copy of this Order to the Clerk of the Court of Appeals for the Sixth Circuit and to notify the Clerk of the Sixth Circuit whether Mr. Riches complies with this Order within the time allowed.

    **ENTER:**

                                                                                           s/ Thomas W. Phillips
                                                                          United States District Judge